IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| ALBERT HALL, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DIRECTOR, OFFICE OF WORKERS' )<br>COMPENSATION PROGRAMS, *et al.*, )<br>)<br>Respondents. ) | No. 12-1275<br>BRB No. 11-BLA-0224 |

## **JURISDICTIONAL MEMORANDUM**

Pursuant to this Court's February 14, 2012 Order, the Director, Office of Workers' Compensation Programs, United States Department of Labor, hereby submits this jurisdictional memorandum. This case involves a claim for benefits under the Black Lung Benefits Act, 30 U.S.C. §§ 901-44 ("BLBA"). Section 21(c) of the Longshore and Harbor Workers' Compensation Act, 33 U.S.C. § 921(c), incorporated into the BLBA by 30 U.S.C. § 932(a), provides that an appeal is timely only if it is filed within sixty days of the issuance of the order by the Benefits Review Board over which the Petitioner seeks review. The Board order was issued in this case on November 29, 2011. The appeal was filed in this Court on February 6, 2012. Because the appeal was filed 69 days after the order was issued, it is untimely. 33 U.S.C. § 921(c).

The Director notes that, if Mr. Hall believes that the decision below was mistaken, he may petition the district director who initially processed this claim to modify the decision. 33 U.S.C. § 922; 20 C.F.R. § 725.310(a). A modification petition is timely if filed within one year after a claim is denied. *Id.*

Respectfully submitted,

M. PATRICA SMITH
Solicitor of Labor

RAE ELLEN FRANK JAMES
Associate Solicitor

SEAN BAJKOWSKI
Counsel for Appellate Litigation
and Enforcement

_____//s//_____
JONATHAN P. ROLFE
Attorney
U.S. Department of Labor
Office of the Solicitor
Suite N-2117
200 Constitution Avenue, NW
Washington, D.C. 20210
(202) 693-5339

*Attorneys for the Director, Office of Workers' Compensation Programs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2012, I electronically filed the foregoing jurisdictional memorandum with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system, and that copies were served by mail, postage prepaid, on the following:

Albert Hall
715 S. Main Street
P.O. Box 92
Marissa, IL 62257

Laura Metcoff Klaus
Greenberg Traurig LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037

_____//s//_____
JONATHAN P. ROLFE
Attorney
U.S. Department of Labor
Office of the Solicitor
Suite N-2117
200 Constitution Avenue, NW
Washington, D.C. 20210
(202) 693-5339